COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Iris Williams v. Wells Fargo Home Mortgage, Inc.

Appellate case number:     01-13-00453-CV

Trial court case number:   12-DCV-196050

Trial court:                268th District Court of Fort Bend County

On June 20, 2013, the Clerk of this Court notified appellant, Iris Williams, that the filing fee in this appeal was past due and that the appeal could be dismissed unless she paid the fee by July 22, 2013. Further, on July 8, 2013, the Clerk notified Williams that the court reporter had informed the Court that the reporter's record had not been filed because Williams had not requested or paid for the record and that the Court could consider and decide this appeal without a reporter's record if Williams failed to provide written evidence from the court reporter showing that she had paid the court reporter by August 8, 2013. On August 2, 2013, Williams filed a motion with the Court, stating that she had "suffered unexpected financial setback" and requesting "a 30day [sic] extension to hire counsel order [sic] to continue my lawsuit." We interpret this motion as a motion requesting a 30-day extension of time to pay the filing fee and to provide written evidence from the court reporter showing that she has paid or made arrangements to pay the reporter's fee for preparing the reporter's record.

Accordingly, we GRANT Williams' motion and ORDER Williams to pay the appellate filing fee on or before September 9, 2013, or this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3. We further ORDER Williams to provide written evidence from the court reporter showing that she has paid or made arrangements to pay the reporter's fee for preparing the reporter's record by no later than September 9, 2013, or the Court will consider and decide this appeal on those points or issues that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                    ☑ Acting individually      ☐ Acting for the Court

Date: August 20, 2013